B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland

In re: **Christopher S Pinkney**

Debtor

Case No. _____

Chapter **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                                $  **3,500.00**
   Prior to the filing of this statement I have received                     $  **1,119.00**
   Balance Due                                                                $  **2,381.00**

2. The source of compensation paid to me was:

   ☒ Debtor                ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor                ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]

   **A flat fee, not to exceed $3,500.00 for representation of the debtor for all matters in the main case. However, Counsel may by application request approval of additional fees for work done upon matters that were both not reasonably expected and that are extraordinary, or for work done after 90 days following the entry of the order confirming plan until representation ends. Such application may be made on Local Form E with notice (Local Form E-1).**

   **Motions, contested matters, adversary proceedings and appeals are not included and are subject to billing at an hourly rate.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Motions, contested matters, adversary proceedings and appeals are not included and are subject to billing at an hourly rate.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **5/29/2014**

**s/ Christopher S Pinkney**
Signature of Debtor

**/s/ Lawrence J. Anderson**
**Lawrence J. Anderson, Bar No.  MD#11390**

**Pels, Anderson L.L.C.**
Attorney for Debtor(s)